Argued May 15, affirmed July 5, 1978

RICHARD RHODES, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 10-77-125, CA 9546)

580 P2d 221

Stephanie A. Smythe, Deputy Public Defender, Salem, argued the cause for petitioner. With her on the briefs was Gary D. Babcock, Public Defender, Salem.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *Mason v. OSCI,* 34 Or App 329, 332, 578 P2d 808 (1978).